No. 60584.—O. K. Simson Co. v. United States, protests 271883–K, 271120–K, and 273101–K (New York).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of beef stew the same in all material respects as that the subject of *United States* v. *The Crosse & Blackwell Co.* (42 C. C. P. A. 99, C. A. D. 579), the claim of the plaintiff was sustained.